Diane G. Reed, Trustee
501 N. College Street
Waxahachie, Texas 75165
972-938-7334; 972-923-0430 (FAX)
dgrtrustee@bcylawyers.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| CENGIZ J. COMU, | § | CASE NO. 09-38820-SGJ-7 |
| | § | |
| DEBTOR. | § | |

**REPORT OF SALE**

Diane G. Reed, Trustee in the above bankruptcy proceeding, files this Report of Sale, and in support thereof, respectfully shows the Court the following:

1. On February 5, 2016, the Trustee, through counsel, filed Trustee's Motion to Sell Property of the Estate (the Paladium property) Free and Clear of Liens, Claims and Encumbrances (Docket No. 133). On February 29, 2016, the Court entered an Order (Docket No. 143) approving Trustee's Motion.

2. On February 1, 2016, Trustee received payment in the amount of $150.00 from J. T. McPherson as option money for purchase of the Paladium property. On March 10, 2016, Trustee received $348,070.96 net proceeds from the sale of the Paladium property. On March 14, 2016, Trustee received from the title company final proceeds from the sale of the property.

3. The property sold is the real property located at 5301 Paladium Drive, Dallas, Texas (the Paladium property).

*Report of Sale – Page 1 of 2*

Respectfully submitted,

  / s /   *Diane G. Reed*
Diane G. Reed, Trustee
501 N. College Street
Waxahachie, Texas 75165
972-938-7334; FAX 972-923-0430
dgrtrustee@bcylawyers.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this Report of Sale was forwarded by electronic means or first class mail to the United States Trustee, 1100 Commerce Street, Room 976, Dallas, Texas 7o5242, on the same day it was filed.

  / s /   *Diane G. Reed*
Diane G. Reed, Trustee

*Report of Sale – Page 2 of 2*